JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DALBIR LNU,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. CV 5:26-06124-JGB-RAO

JUDGMENT

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: November 4, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE